## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

TIMOTHY BECKER,

                Plaintiff,

    vs.

FRIENDSHIP PROGRAM, INC., and
KATHERINE YOUNG,

                Defendants.

**8:20CV132**

**ORDER**

       This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 21) of this case with prejudice.  The Court being advised in the premises finds that such an Order is proper.

       IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with parties' costs to be paid according to their settlement agreement.

       Dated this 15th day of September, 2020.

                BY THE COURT:

                s/ Joseph F. Bataillon_____
                Senior United States District Judge